**Information to identify the case:**

| Debtor 1 | Maria C De La Cruz–Brito | Social Security number or ITIN | xxx–xx–3071 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 17–22899–VFP | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Maria C De La Cruz–Brito

9/22/17                                                       **By the court:**  Vincent F. Papalia
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                       **Order of Discharge**                                      page 2

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 17-22899-VFP
Maria C De La Cruz-Brito                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1        Date Rcvd: Sep 22, 2017
                             Form ID: 318             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db             +Maria C De La Cruz-Brito,    701 Palisade Avenue,    Apt. # 21,    Union City, NJ 07087-4191
516899209       Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
516899210      +Consolidated Credit Solutions,    Consolidated Credit Solutions, Inc.,
                 5701 W. Sunrise Blvd. Suite 100,    Fort Lauderdale, FL 33313-6269
516899212       Fingerhut Advantage,    P.O. Box 166,    Newark, NJ 07101-0166
516899213      +TD Bank Visa,    TD Bank N.A.,    P.O.BOX 84037,    Columbus, GA 31908-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 22:40:52     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 22:40:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516899206      +EDI: RMSC.COM Sep 22 2017 22:28:00      Amazon,   P.O. Box 960061,    Orlando, FL 32896-0061
516899207       EDI: CAPITALONE.COM Sep 22 2017 22:28:00      Capital One Bank USA N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
516899208       EDI: RMSC.COM Sep 22 2017 22:28:00      CareCredit,   Syncrhrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
516899211      +EDI: RCSFNBMARIN.COM Sep 22 2017 22:28:00      Credit One,   P.O. Box 60500,
                 City of Industry, CA 91716-0500
516899214       EDI: TFSR.COM Sep 22 2017 22:28:00      Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197
516899215      +EDI: WFNNB.COM Sep 22 2017 22:28:00      Victoria Secret,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
516899216       EDI: RMSC.COM Sep 22 2017 22:28:00      Walmart/ Synchrony Bank,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
          Tomas Espinosa    on behalf of Debtor Maria C De La Cruz-Brito te@lawespinosa.com,
           attespinosalawfirm@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```